**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 5/1/2026
The Court reminds the parties in this matter that they should also submit all filings in this matter to the related civil case, Lluberes v. United States of America, No. 1:26-cv-00948 (S.D.N.Y. Feb. 2, 2026). The Clerk of Court is respectfully directed to file this memo endorsement in both this instant criminal matter and the related civil case, 26-cv-948.

April 30, 2026

**BY ECF**

The Honorable Vernon S. Broderick
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re:    *United States v. Moises Lluberes*, 20 Cr. 493 (VSB)

Dear Judge Broderick:

   The Government respectfully writes to request an additional 30 days to respond to defendant Moises Lluberes's motion under 28 U.S.C. § 2255. (Dkt. 333). On March 3, 2026, the Court directed the Government to respond to the motion within 60 days, *i.e.*, by May 1, 2026. (Dkt. 342). On March 3, 2026, the Government asked the Court to direct the defendant's prior counsel to provide affidavits addressing the defendant's allegations, and on March 9, 2026, the Court signed an order directing, among other things, that prior counsel furnish affidavits. (Dkts. 344, 347). The Government has not yet received affidavits from prior counsel and therefore cannot fully respond to the defendant's allegations. The Government understands that prior counsel is preparing affidavits and will provide them to the Government soon. Accordingly, the Government requests an additional 30 days to respond to the defendant's motion.

                    Very truly yours,

                    JAY CLAYTON
                    United States Attorney

              by: ____s/_____
                    Nicholas Chiuchiolo / Kevin Mead / Daniel Nessim
                    Assistant United States Attorneys
                    (212) 637-1247 / -2211 / -2486